chise at the expiration of its term. See Globe Motors, Inc. v. Studebaker-Packard Corporation, 328 F.2d 645 (3 Cir. 1964); Garvin v. American Motor Sales Corporation, 318 F.2d 518 (3 Cir. 1963).

The Order of the District Court will be affirmed.

sumers Time Credit, Inc. and all of those on behalf of appellant Lewis Bokser. From our own study of the record in this case we are convinced that there is substantial trial evidence which justifies the findings of fact and conclusions of law of the trial judge as to all of said contentions.

The judgment of the District Court will be affirmed.

**CONSUMERS TIME CREDIT, INC.,**
Appellant in No. 16262

v.

**REMARK CORP., Lewis Bokser, Maurice Kramer, Merit Metalcraft Corporation, Liberal Sales Credit Co., Sales Finco, Inc., Reskob, Inc., Lewis Bokser, Inc., and Sara L. Bokser.**

**Lewis Bokser, Appellant in No. 16263.**

Nos. 16262, 16263.

United States Court of Appeals
Third Circuit.

Argued April 4, 1967.

Decided April 24, 1967.

Henry J. Morgan, Philadelphia, Pa. (Marvin Comisky, Blank, Rudenko, Klaus & Rome, Philadelphia, Pa., Abrahams & Loewenstein, Philadelphia, Pa., on the brief), for appellant in No. 16,252 and as appellee in No. 16,263.

Laurence H. Eldredge, Philadelphia, Pa., for appellant in No. 16,263 and as appellee in No. 16,262.

Before McLAUGHLIN, GANEY, Circuit Judges, and NEALON, District Judge.

OPINION OF THE COURT

PER CURIAM.

We have examined carefully all of the contentions on behalf of appellant Con-

**Alvin H. FRANKEL, Guardian of the Estate of Nydia Pasceri, a Minor, Appellant,**

v.

**John H. TODD, Jr.**

v.

**Grayson MOORE, Jr., Third-Party Defendant.**

No. 16364.

United States Court of Appeals
Third Circuit.

Argued May 22, 1967.

Decided June 1, 1967.

See also D.C., 260 F.Supp. 772.

John J. McCarty, Philadelphia, Pa. (B. Nathaniel Richter, Donald J. Williams, Kenneth Syken, Richter, Lord & Cavanaugh, Philadelphia, Pa., on the brief), for appellant.

Peter P. Liebert, III, Philadelphia, Pa. (James P. Gannon, Liebert, Harvey, Bechtle, Herting & Short, Philadelphia, Pa., on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and FREEDMAN, Circuit Judges.